IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE 1 and JOSEPH SHEER, individually and behalf of all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION CO., INC. and INTERSTATE EQUIPMENT LEASING, INC.,<br><br>Defendants. | 1:09-cv-10376<br>(RMB)(JCF) |

**PLAINTIFFS' NOTICE OF MOTION FOR A PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE THAT, upon the attached brief and exhibits in support, Plaintiffs, by and through undersigned counsel, move pursuant to Fed. R. Civ. P. 65 for an order enjoining Defendants during the pendency of this action from 1) engaging in collections efforts to recover the unpaid lease balance of plaintiffs deemed "in default" of their contracts with Defendants; and 2) furnishing adverse credit and employment reports concerning plaintiffs who are in default status, until after the litigation has determined whether the Lease/ICOAs at issue are lawful or unlawful. The time for responding to Plaintiffs' attached Motion for a Preliminary Injunction is set forth in the local rules.

PLEASE TAKE FURTHER NOTICE, THAT, plaintiffs request a hearing on this application.

Dated: April 2, 2010

                                              Respectfully Submitted,

                                              /s/   Dan Getman

                                              Dan Getman (DG4613)
                                              Carol Richman (CR1256)
                                              Tara Bernstein
                                              Edward Tuddenham, Of Counsel
                                              Getman & Sweeney, PLLC
                                              9 Paradies Lane
                                              New Paltz, NY 12561
                                              phone: (845)255-9370
                                              fax: (845) 255-8649
                                              Email: dgetman@getmansweeney.com

                                              ATTORNEYS FOR PLAINTIFFS

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Notice of Motion, Brief in Support and Exhibits in Support were served upon all parties herein through the use of the ECF filing system, this April 2, 2010.

Dated: April 2, 2010

/s/ Carol Richman

_____

Carol Richman