IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe 1, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>Swift Transportation Co., Inc., *et al.*,<br><br>　　　　　　　　Defendants. | **No. CV 10-899-PHX-JWS**<br><br>**ORDER RE: STIPULATION RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT AND TOLLING OF THE STATUTE OF LIMITATIONS (First Request)** |

    Pursuant to the parties' stipulation re: extension of time to respond to Complaint and Tolling of the Statute of Limitations,

    IT IS HEREBY ORDERED that the Stipulation is granted and that time for Defendants Swift Transportation Co., Inc., Interstate Equipment Leasing, Inc., Chad Killebrew, and Jerry Moyes to answer, move or otherwise respond to the Complaint herein is adjourned through and until May 25, 2010.

IT IS FURTHER ORDERED that the statute of limitations that may apply to the Fair Labor Standards Act claims for putative class members in this case shall be tolled as of April 16, 2010. This tolling period shall cease on the day following the filing of Defendants' response in the above-captioned action.

DATED this 11th day of May 2010.

/s/ JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE