Laurent Badoux, AZ Bar No. 020753
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ  85016-4242
Telephone:    602. 474.3600
Facsimile:    602.957.1801
lbadoux@littler.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Virginia Van Dusen; John Doe 1; and Joseph Sheer, individually and on behalf of all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>Swift Transportation Co., Inc.; Interstate Equipment Leasing, Inc.; Chad Killibrew; and Jerry Moyes,<br><br>Defendants. | Case No. CV 10-899-PHX-JWS<br><br>**DEFENDANTS' MOTION TO COMPEL ARBITRATION AND DISMISS PLAINTIFFS' CASE, OR IN THE ALTERNATIVE, TO STAY IT PENDING ARBITRATION**<br><br>**ORAL ARGUMENT REQUESTED** |

Defendants Swift Transportation Co., Inc. ("Swift"), Interstate Equipment Leasing, Inc. ("IEL"), Chad Killebrew, and Jerry Moyes, by and through their counsel, Littler Mendelson, P.C., hereby move this Court to compel arbitration and dismiss this action, or, in the alternative, to stay Plaintiffs' claims pending arbitration.

This Motion is made and based upon the accompanying Memorandum of Points and Authorities, the Declarations of Gary Dowell and Elizabeth Parrish, the exhibits attached thereto, all pleadings and papers on file herein, and any arguments which this Court may entertain, and is sought in accordance with the Federal Arbitration Act.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

DATED this 21st day of May, 2010.

                                          s/ *Laurent R.G. Badoux*
                                          Laurent R.G. Badoux
                                          LITTLER MENDELSON., P.C.
                                          Attorneys for Defendants

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following, if non-registrants, this 21st day of May, 2010:

Susan Joan Martin
Daniel Lee Bonnett
Jennifer Lynn Kroll
Martin & Bonnett PLLC
1850 N Central Ave
Ste 2010
Phoenix, AZ  85004

Dan Getman
Edward John Tuddenham
Carol P. Richman
Tara Margo Bernstein
Getman & Sweeney, PLLC
9 Paradies La.
New Paltz, NY  12561

Attorneys for Plaintiffs

s/ *Ruth A. Mare*

Firmwide:94023997.9 024599.1075

LITTLER MENDELSON
A Professional Corporation
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600