1  Ellen Bronchetti (*Pro Hac Vice*)
   Guissu N. Raafat (*Pro Hac Vice*)
2  LITTLER MENDELSON, PC
   650 California Street, 20th Floor
3  San Francisco, CA  94108-2693
   Telephone:   415.433.1940
4  Facsimile:   415.399.8490
   ebronchetti@littler.com
5  graafat@litttler.com

6  Gary Shapiro (*Pro Hac Vice*)
   LITTLER MENDELSON, PC
7  900 Third Avenue
   New York, NY 10022-3298
8  Telephone:   212.583.9600
   Facsimile:   212.832.2719
9  gshapiro@littler.com

10 Laurent R.G. Badoux; AZ Bar No. 020753
   LITTLER MENDELSON.
11 A Professional Corporation
   2425 East Camelback Road, Suite 900
12 Phoenix, AZ  85016
   Telephone:   602.474.3600
13 Facsimile:   602.957.1801
   lbadoux@littler.com
14
   Attorneys for Defendants
15

16
17                       UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF ARIZONA
18
19
20 Virginia Van Dusen; John Doe 1; and         Case No. CV 10-899-PHX-JWS
   Joseph Sheer, individually and on behalf
21 of all other similarly situated persons,    **DECLARATION OF
                                               ELLEN M. BRONCHETTI IN
22              Plaintiffs,                    SUPPORT OF DEFENDANTS'
                                               OPPOSITION TO PLAINTIFFS'
23 v.                                          MOTION FOR PRELIMINARY
                                               INJUNCTION**
24 Swift Transportation Co., Inc.; Interstate
   Equipment Leasing, Inc.; Chad Killibrew;
25 and Jerry Moyes,
26              Defendants.
27
28

LITTLER MENDELSON
A Professional Corporation
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

1. I am a Shareholder of the law firm of Littler Mendelson, a Professional Corporation, attorneys for Defendants Swift Transportation Co., Inc., Interstate Equipment Leasing, Inc., Chad Killebrew, and Jerry Moyes. I am duly licensed to practice law in the State of California and have been admitted *Pro Hac Vice* in this Court to represent Defendants in the above-captioned matter. I have personal knowledge of the facts set forth below, and if called as a witness in this matter, I could competently testify thereto.

Each of the attached declarations was previously submitted in Opposition to Plaintiffs Motion For Conditional Class Certification in this case.

2. Attached hereto as Exhibit A is a true and correct copy of the fully-executed Declaration of Henry Stephen Howell dated April 1, 2010.

3. Attached hereto as Exhibit B is a true and correct copy of the fully-executed Declaration of Robert Bagwell dated March 24, 2010.

4. Attached hereto as Exhibit C is a true and correct copy of the fully-executed Declaration of Marcellus Gandy dated April 1, 2010

5. Attached hereto as Exhibit D is a true and correct copy of the fully-executed Declaration of David Mize dated April 1, 2010.

6. Attached hereto as Exhibit E is a true and correct copy of the fully executed Declaration of William Lieber dated May 20, 2010.

7. Attached hereto as Exhibit F is a true and correct copy of the fully-executed Declaration of Larry Harbour dated March 31, 2010.

8. Attached hereto as Exhibit G is a true and correct copy of the fully-executed Declaration of Catherine Zukauskas dated March 22, 2010.

9. Attached hereto as Exhibit H is a true and correct copy of the fully-executed Declaration of Cindy Olson dated March 22, 2010.

10. Attached hereto as Exhibit I is a true and correct copy of the fully-executed Declaration of Fernando Mendoza dated March 24, 2010.

11. Attached hereto as Exhibit J is a true and correct copy of the fully-executed Declaration of Ben Kapsoiyo dated June 3, 2010.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

-2-

1  12. Attached hereto as Exhibit K is a true and correct copy of the fully-executed
2  Declaration of Ken Armagost dated May 20, 2010.

3  13. Attached hereto as Exhibit L is a true and correct copy of the fully-executed
4  Declaration of Arthur Madison dated June 2, 2010.

5  14. Attached hereto as Exhibit M is a true and correct copy of the fully-executed
6  Declaration of Chris Jones dated May 28, 2010.

7  15. Attached hereto as Exhibit N is a true and correct copy of the fully-executed
8  Declaration of Denny Brewer dared May 27, 2010.

9  16. Attached hereto as Exhibit O is a true and correct copy of the fully-executed
10 Declaration of Gorbgit Gosuwin dated May 27, 2010.

11 17. Attached hereto as Exhibit P is a true and correct copy of the fully-executed
12 Declaration of Donald Hooper dated May 21, 2010.

13 18. Attached hereto as Exhibit Q is a true and correct copy of the fully-executed
14 Declaration of Susan Servitto dated May 27, 2010.

15 19. Attached hereto as Exhibit R is a true and correct copy of the fully-executed
16 Declaration of Keith Burch dated May 20, 2010.

17 20. Attached hereto as Exhibit S is a true and correct copy of the fully-executed
18 Declaration of Carlos Esparza dated March 23, 2010.

19 21. Attached hereto as Exhibit T is a true and correct copy of portions of the
20 current American Arbitration Association Commercial Rules, Rules 7 and 34. These Rules
21 are incorporated by reference in Paragraph 25 of the Independent Contractor Agreement (see
22 Plaintiffs'' Exh. H-1 ¶ 25 Arbitration).

23 22. Attached hereto as Exhibit U a true and correct copy of the Declaration of
24 Robin Rohwer dated June 22, 2010.

25 23. Attached hereto as Exhibit V a true and correct copy of the Declaration of
26 Joanna Sims dated June 21, 2010.

27 24. According to the Court's docket, as of June 22, 2010 there were a total of 104
28 plaintiffs opted into the lawsuit.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

-3-

1   I declare under penalty of perjury under the laws of the United States of America that
2   the foregoing is true and correct.
3   Executed this 12th day of July, 2010, in San Francisco, California.

*/S/  Ellen M. Bronchetti*
ELLEN M. BRONCHETTI

Firmwide:96174037.1 024599.1075

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

-4-