MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*Virginia Van Dusen, et al. v. Swift Transportation Co., Inc., et al*.

THE HONORABLE JOHN W. SEDWICK		2:10-cv-00899 JWS

PROCEEDINGS:	**ORDER FROM CHAMBERS**		June 14, 2011

---

  Plaintiffs move at docket 280 for an order permitting them to file certain hardship declarations under seal. The declarations are lodged at docket 281. The declarations set out financial and personal details relating to certain plaintiffs which are not related to the merits of this litigation. Disclosure of the financial and personal details on the public record would not better inform the public about the merits of this action, but would embarrass some of the plaintiffs and their family members. In some instances it appears it would result in disclosure of information which is considered confidential under applicable law. For these reasons, the motion to file under seal at docket 280 is GRANTED.

_____