SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RONALD HOLLAND, Cal. Bar No. 148687 *(Pro Hac Vice)*
rholland@sheppardmullin.com
ELLEN M. BRONCHETTI, Cal. Bar No. 226975 *(Pro Hac Vice)*
ebronchetti@sheppardmullin.com
PAUL S. COWIE, Cal. Bar No. 250131 *(Pro Hac Vice)*
pcowie@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    415-434-9100
Facsimile:     415-434-3947

Attorneys for Defendants
SWIFT TRANSPORTATION CO., INC.,
INTERSTATE EQUIPMENT LEASING;
CHAD KILLEBREW and JERRY MOYES

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Virginia Van Dusen; John Doe 1; and Joseph Sheer, individually and on behalf of all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>Swift Transportation Co., Inc.; Interstate Equipment Leasing, Inc.; Chad Killibrew; and Jerry Moyes,<br><br>Defendants. | Case No. CV 10-899-PHX-JWS<br><br>**DEFENDANTS' SURREPLY TO PLAINTIFFS' REPLY IN SUPPORT MOTION TO LIFT STAY AND VACATE ORDER COMPELLING ARBITRATION BASED ON NEW FACTS** |

Defendants Swift Transportation Co, Inc., Interstate Equipment Leasing, Inc., Jerry Moyes and Chad Killebrew ("Defendants"), hereby submit the following surreply in opposition to Plaintiffs Virginia Van Dusen and Joseph Sheer ("Plaintiffs") Reply in Further Support of Motion to Lift Stay and Vacate Order Compelling Arbitration Based on New Facts ("Reply").  On July 25, 2011, Defendants filed a motion for leave to file a surreply for the limited purpose of filing objections to Plaintiffs' evidence submitted in

1 support of their Reply.  On July 26, 2011, this Court granted Defendants leave to file a
2 surreply by August 3, 2011.
3     By way of this surreply, Defendants submit the following objections to the
4 "Exhibit" submitted by Plaintiffs in support of their Reply, and certain of the Exhibits
5 attached to the Declaration of Dan Getman in support of the Reply.
6     Defendants object to Exhibit O, on the grounds that the attached exhibit is not
7 properly authenticated and constitutes inadmissible hearsay. Fed. Rules of Evid., Rules
8 802, 901(a); *Zoslaw v. MCA Distributing Corp.*, 693 F.2d 870, 883 (9th Cir. 1982);
9 *Carmona v. Pedro A. Toledo*, 215 F.3d 124, 131 (1st Cir. 2000) (declining to consider
10 documents submitted in support of motion that were not properly authenticated).
11     Defendants also object to the correspondence between Plaintiffs' counsel and the
12 American Arbitration Association ("AAA"), dated July 7, 2010 and July 8, 2010, attached
13 as Exhibit 1 to Dan Getman's declaration, because it constitutes inadmissible hearsay not
14 subject to an exception under the Federal Rules of Evidence (Fed. Rules of Evid. 802) and
15 is irrelevant (Fed. R. Ev. 402).
16     Defendants also object to Exhibit 2 to Dan Getman's declaration, the email
17 correspondence dated July 11, 2011, from Patrick Tatum, AAA, to Plaintiff's counsel with
18 attachment, because it constitutes inadmissible hearsay not subject to an exception under
19 the Federal Rules of Evidence (Fed. Rules of Evid. 802) and is also irrelevant in that only
20 evidence related to named Plaintiffs are relevant to the issue before the Court (Fed. R. Ev.
21 402).

1 | Dated: August 2, 2011

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */S/*
RONALD HOLLAND
ELLEN M. BRONCHETTI
PAUL S. COWIE
Attorneys for Defendants
SWIFT TRANSPORTATION CO., INC.,
INTERSTATE EQUIPMENT LEASING; CHAD KILLEBREW and JERRY MOYES

W02-WEST:5YES1\403737009.3

-- 3 --