1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   RONALD J. HOLLAND, Cal. Bar No. 148687 *(Pro Hac Vice)*
3  rholland@sheppardmullin.com
   ELLEN M. BRONCHETTI, Cal. Bar No. 226975 *(Pro Hac Vice)*
4  ebronchetti@sheppardmullin.com
   PAUL S. COWIE, Cal. Bar No. 250131 *(Pro Hac Vice)*
5  pcowie@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
6  San Francisco, California  94111-4109
   Telephone:    415-434-9100
7  Facsimile:    415-434-3947

8  Attorneys for Defendants
   SWIFT TRANSPORTATION CO. OF
9  ARIZONA, LLC, INTERSTATE EQUIPMENT
   LEASING, LLC, CHAD KILLEBREW and
10 JERRY MOYES

12                UNITED STATES DISTRICT COURT

13                  FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Virginia Van Dusen; John Doe 1; and Joseph Sheer, individually and on behalf of all other similarly situated persons, | Case No. CV 10-899-PHX-JWS |
| Plaintiffs, | **NOTICE OF APPEAL** |
| v. | |
| Swift Transportation Co., Inc.; Interstate Equipment Leasing, Inc.; Chad Killibrew; and Jerry Moyes, | |
| Defendants. | |

   Notice is hereby given that Defendants Swift Transportation Co. of Arizona, LLC (f.k.a. Swift Transportation Co., Inc.), Interstate Equipment Leasing, LLC (f.k.a. Interstate Equipment Leasing, Inc.), Chad Killebrew, and Jerry Moyes appeal to the United States Court of Appeals for the Ninth Circuit from the Order and Opinion entered by the United States District Court for the District of Arizona on January 22, 2015 [Docket No. 605].

1  Dated:  February 10, 2015        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

2

3                                    By         / S / Paul S. Cowie
                                                RONALD HOLLAND
4                                               ELLEN M. BRONCHETTI
                                                PAUL S. COWIE
5                                            Attorneys for Defendants
6                                     SWIFT TRANSPORTATION CO. OF ARIZONA,
                                      LLC, INTERSTATE EQUIPMENT LEASING,
7                                     LLC, CHAD KILLEBREW and JERRY MOYES

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

Susan Joan Martin
Jennifer Lynn Kroll
Martin & Bonnett PLLC
1850 N. Central Ave.; Ste. 2010
Phoenix, AZ  85004

Dan Getman
Edward John Tuddenham
Lesley Tse
Getman & Sweeney, PLLC
9 Paradies La.
New Paltz, NY  12561

Attorneys for Defendants

*s/ Paul Cowie*