SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
RONALD J. HOLLAND, Cal. Bar No. 148687 *(Pro Hac Vice)*
rholland@sheppardmullin.com
ELLEN M. BRONCHETTI, Cal. Bar No. 226975 *(Pro Hac Vice)*
ebronchetti@sheppardmullin.com
PAUL S. COWIE, Cal. Bar No. 250131 *(Pro Hac Vice)*
pcowie@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
ROBERT MUSSIG, Cal. Bar No. 240369 *(Pro Hac Vice)*
rmussig@sheppardmullin.com
ANNA M. STANCU, Cal. Bar No. 288283 *(Pro Hac Vice)*
astancu@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071
Telephone:   213-620-1780
Facsimile:   213-620-1398

Attorneys for Defendants
SWIFT TRANSPORTATION CO. OF
ARIZONA, LLC, INTERSTATE EQUIPMENT
LEASING, LLC, CHAD KILLEBREW and
JERRY MOYES

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIRGINIA VAN DUSEN; JOHN DOE 1; and JOSEPH SHEER, individually and on behalf of all other similarly situated persons,<br><br>                    Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION CO., INC.; INTERSTATE EQUIPMENT LEASING, INC.; CHAD KILLIBREW; and JERRY MOYES,<br><br>                    Defendants. | Case No. CV 10-899-PHX-JWS<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFF VIRGINIA VAN DUSEN'S STATUS AS AN INDEPENDENT CONTRACTOR**<br><br>[Filed concurrently with Memorandum of P's and A's, Separate Statement, Request for Judicial Notice, and Declarations of Anna M. Stancu and Robert Mussig] |

## NOTICE OF MOTION AND MOTION

Pursuant to Federal Rule of Civil Procedure 56, Defendants hereby move this Court for an order granting partial summary judgment against Plaintiff Virginia Van Dusen ("Van Dusen") and in favor of Defendants on the issue of whether Van Dusen was properly classified as an independent contractor during her time as an Owner-Operator for Defendant Swift Transportation Co. of Arizona, LLC.  The undisputed evidence in this case, including Van Dusen's deposition admissions and the language of her Independent Contractor Operating Agreements ("ICOA") with Swift, establish as a matter of law that Van Dusen was in an independent contractor relationship with Swift while she was an Owner-Operator.

The evidence shows that Swift did not exert employer-like control over Van Dusen during the time she was an Owner-Operator – the most crucial factor in determining whether an employment relationship existed.  There are a number of other factors that also weigh in Swift's favor, including the fact that Van Dusen supplied all her own equipment, paid all her own expenses, paid her own taxes, and had the ability to hire her own employees.  Van Dusen also had the ability to perform work for other companies, as long as she removed any Swift indicia from her equipment.  For all these reasons and others set forth in Defendants' Memorandum of Points and Authorities, Defendants are entitled to an order finding that Van Dusen was properly classified as an independent contractor while she was an Owner-Operator for Swift.[1]

Defendants' Motion is based on this Notice, the concurrently-filed Memorandum of Points and Authorities, the Separate Statement of Undisputed Material Facts, the Request

---

[1] Because Van Dusen was properly classified as an independent contractor, her ICOA, which contains an arbitration provision, is not a "contract of employment."  Thus, her claims are not exempt from arbitration under Section 1 of the Federal Arbitration Act ("FAA").  *See* 9 U.S.C. §1 (exempting "contracts of employment . . . of workers engaged in foreign or interstate commerce" from the FAA).  She should therefore be required to arbitrate her claims.

1    for Judicial Notice, the Declarations of Anna M. Stancu and Robert Mussig, all of the

2    pleadings and papers already on file in this action, and on whatever evidence and argument

3    may be allowed at any hearing of the motion.

4

5    Dated:  June 10, 2016

6                                                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

7

8                                        By_____/s/ Robert Mussig_____

9                                                        RONALD HOLLAND
                                                         ELLEN M. BRONCHETTI
10                                                       PAUL S. COWIE
                                                         ROBERT MUSSIG
11

12                                                       Attorneys for Defendants
                                             SWIFT TRANSPORTATION CO. OF ARIZONA,
13                                           LLC, INTERSTATE EQUIPMENT LEASING, LLC,
                                               CHAD KILLEBREW and JERRY MOYES
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

Susan Joan Martin
Jennifer Lynn Kroll
Martin & Bonnett PLLC
1850 N. Central Ave.; Ste. 2010
Phoenix, AZ  85004

Dan Getman
Edward John Tuddenham
Lesley Tse
Getman & Sweeney, PLLC
9 Paradies La.
New Paltz, NY  12561

Attorneys for Defendants

*/s/ Robert Mussig*