IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Virginia Van Dusen, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> Swift Transportation Co., Inc., *et al.*, <br><br> Defendants. | No. CV 10-899-PHX-JWS <br><br> **ORDER RE: STIPULATION AND REQUEST TO EXTEND DEADLINE TO FILE SUMMARY JUDGMENT REPLIES   (First Request)** |

The Court having considered the parties' Stipulation and Request to Extend Deadline to File Summary Judgment Replies and for good cause shown,

IT IS HEREBY ORDERED that the Stipulation is GRANTED, and the parties may have to and including September 16, 2016, to file their replies on the pending summary judgment motions.

DATED this 8th day of August 2016.

/s/  JOHN W. SEDWICK
SENIOR JUDGE, UNITED STATES DISTRICT COURT