# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Virginia Van Dusen, *et al.,* | No. CV 10-899-PHX-JWS |
| Plaintiffs, | **ORDER RE: STIPULATION AND REQUEST TO REVISE SETTLEMENT NOTICES AND MODIFY PRELIMINARY APPROVAL ORDER** |
| vs. | |
| Swift Transportation Co., Inc., *et al.,* | |
| Defendants. | |

The Court having considered the parties' Stipulation and Request to Revise Settlement Notices and Modify Preliminary Approval Order and for good cause shown,

IT IS HEREBY ORDERED THAT the parties' request is granted, and the clean versions of the revised notices attached to the parties' stipulation shall be the versions sent to class members pursuant to this Court's April 22, 2019 preliminary approval order.

IT IS FURTHER ORDERED that the phrase "and a text message identifying the Settlement Administrator's website to known phone numbers" on lines 21-22 of page 5 of the Court's Order Conditionally Certifying Class for Settlement Purposes, Preliminarily Approving Class Action Settlement Agreement, Approving Form of Notice and Setting Date and Time of Final Fairness Hearing [Dkt. 1124] is stricken.

DATED this 3rd day of June 2019.

/s/ JOHN W. SEDWICK
SENIOR JUDGE, UNITED STATES DISTRICT COURT