UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VIRGINIA VAN DUSEN; JOHN DOE 1; and JOSEPH SHEER, individually and on behalf of all other similarly situated persons,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION CO., INC.; INTERSTATE EQUIPMENT LEASING, INC.; CHAD KILLIBREW; AND JERRY MOYES,<br><br>　　　　　　　Defendants. | Case No. CV 10-899-PHX-JWS<br><br>**JUDGMENT** |

　　In accordance with the Court's January 22, 2020 order granting final approval to the Parties' collective and class action settlement, it is hereby ORDERED, ADJUDGED, AND DECREED, that JUDGMENT is entered in favor of Defendants Swift Transportation Company of Arizona, LLC, Interstate Equipment Leasing, Inc., Chad Killebrew, and Jerry Moyes.  Plaintiffs, members of the certified collective who opted in, and members of the certified class (except those who timely and validly requested exclusion) shall take nothing from Defendants except in accordance with the approved settlement and the Court's January 22, 2020 order. Members of the certified class who timely and validly requested exclusion are set forth on **Exhibit A.**  The Court retains jurisdiction to ensure compliance with the settlement and order approving the settlement.

　　This JUDGMENT is a separate document for purposes of Federal Rule of Civil Procedure 58(a).

　　IT IS SO ORDERED, ADJUDGED, AND DECREED this 5th day of February 2020.

　　　　　　　　　　　　　/s/  JOHN W. SEDWICK
　　　　　　　SENIOR JUDGE, UNITED STATES DISTRICT COURT

| | |
|---|---|
| 1 | **Exhibit A** |
| 2 | Fermin Gracian |
| 3 | Tomas Castaneda |
| 4 | Marlon Bernal |
| 5 | Carlos Saenz |
| 6 | Rafael Aranda |
| 7 | Jose L. Arreola Bustos |
| 8 | Todd L. Chapman |
| 9 | Brian K. Golden |
| 10 | Rommel A Guardado |
| 11 | Joseph Unruh |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | SMRH:4841-3131-0003.1        -1- |