Dan Getman (*Pro Hac Vice*)
Getman, Sweeney & Dunn, PLLC
260 Fair Street
Kingston, NY 12401
(845) 255-9370
dgetman@getmansweeney.com

Susan Martin (AZ#014226)
Daniel Bonnett (AZ#014127)
Jennifer Kroll (AZ#019859)
Martin & Bonnett, PLLC
4647 N. 32nd St., Suite 185
Phoenix, Arizona 85018
Telephone: (602) 240-6900
smartin@martinbonnett.com
dbonnett@martinbonnett.com
jkroll@martinbonnett.com

Edward Tuddenham (*Pro Hac Vice*)
23 Rue du Laos
75015 Paris, France
etudden@prismnet.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Virginia Van Dusen, et al., | **No. CV 10-899-PHX-JWS** |
| Plaintiffs, | **Declaration of Jennifer Kroll in Support of Plaintiffs' Motion to Approve Certain Settlement Awards** |
| vs. | |
| Swift Transportation Co., Inc., et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 1746, Jennifer Kroll affirms under penalty of perjury:

1.      I am an attorney with the firm of Martin & Bonnett, PLLC and have served as counsel in this case. I submit this declaration in support of Plaintiffs' motion to approve the claims of John Scott Eckstein and Robert Goddard.

2.      On February 5, 2020, Plaintiffs' counsel received an email from the Claims Administrator (SSI) indicating that Non Opt-In Class Member John Scott Eckstein had contacted SSI on January 29, 2020 to change his address and during that call stated he had previously submitted a claim form and that on January 29, 2020 Mr. Eckstein forwarded to SSI what appears to be an email from Mr. Eckstein to SSI dated October 16, 2019 with a claim form attached. A true and accurate copy of Mr. Patton's email dated February 5, 2020 is attached hereto as Exhibit A.

3.      Pursuant to the request of Plaintiffs' counsel, SSI provided us with a copy of Mr. Eckstein's email to SSI.  Attached as Exhibit B here to is a true and accurate copy of Mr. Eckstein's email to SSI dated February 5, 2020.  Attached to that email is a copy of Mr. Eckstein's transmittal email to SSI of October 16, 2019 and a pdf copy of the claim form. We have redacted Mr. Eckstein's Social Security number, street address and phone number for privacy purposes.

4.      Mr. Eckstein's email of October 16, 2019 shows on the "sent" line that it was sent on Wednesday October 16, 2019 at 8:47 (and 51 seconds) a.m. Mountain Daylight Time.

5.      I reviewed Mr. Eckstein's claim form and examined the claim form's metadata properties in Adobe. The metadata on Mr. Eckstein's claim form indicates it was scanned in using a Canon SC1011 at approximately 2:34 p.m. Mountain time zone on October 15, 2019,

2

which is the day before Mr. Eckstein's October 16, 2019 email that Mr. Eckstein forwarded to SSI.  A true and accurate copy of the screen shot showing this metadata is attached hereto as Exhibit C.

6.      On March 2, 2020, Plaintiffs' counsel received an email from the Claims Administrator (SSI) indicating that Non Opt-In Class Member Robert Goddard had contacted SSI in February 2020 and stated that he had submitted a claim form via email.  A true and accurate copy of the relevant portion of Mr. Patton's email dated March 2, 2020 is attached hereto as Exhibit D.

7.      Attached hereto as Exhibit E hereto is a true and accurate copy of the attachment to Mr. Patton's March 2, 2020 email which is a copy of Mr. Goddard's transmittal email to SSI dated December 14, 2019 and jpeg pictures of the first page of Mr. Goddard's notice together with Mr. Goddard's claim form and Mr. Goddard's W4 form, which are dated December 14, 2019. We have redacted Mr. Goddard's Social Security number, street address and phone number for privacy purposes.

8.      Mr. Goddard's email of December 14, 2019 shows on the "sent" line that it was sent on Saturday December 14, 2019 at 6:41 p.m.

9.      I reviewed the claim form and other documents attached to Mr. Goddard's email and examined the documents' metadata properties using Microsoft's Windows Photo Viewer. The metadata on the attachments indicate that the pictures were taken at approximately 6:13 – 6:15 p.m. on December 14, 2019, which is less than 30 minutes before Mr. Goddard's December 14, 2019 email that Mr. Goddard forwarded to SSI.  True and accurate copies of the screen shots showing this metadata are attached hereto as Exhibit F.

I declare under the penalty of perjury of the laws of the United States that the foregoing statements are true and correct and are based on my personal knowledge.


Dated:  March 5, 2020

Phoenix, Arizona

s/ Jennifer Kroll

# EXHIBIT A

**Jennifer Kroll**

| | |
|---|---|
| **From:** | Patton, Mark <Mpatton@ssiclaims.com> |
| **Sent:** | Wednesday, February 5, 2020 12:37 PM |
| **To:** | Edward Tuddenham; 'Paul Cowie'; Dan Getman; 'Robert Mussig' |
| **Cc:** | James Sherwood; Hyte, Robert; Lesley Tse; Jason Kandel; Susan Martin; Jennifer Kroll; Mclane, Christina; Milliner, Tanya |
| **Subject:** | Van Dusen v Swift Transportation Co., Inc. -- Additional Possibly-Timely Claim Form |

All,

We were contacted on January 29th, 2020 by Non Opt-In Class Member John S. Eckstein to provide his change of address.  During that call, we informed him that we had not received a Claim Form from him.  He insisted that he had submitted one early on in the process, and later in the day forwarded to us what appears to be an email from him to us, dated October 16, 2019, with his Claim Form attached.

We have gone back and reviewed our email logs again and have confirmed that <u>we did not receive his original email</u>.

Please confirm whether his claim should be considered timely, or whether it cannot be considered at this point.

Thanks,
Mark


MARK PATTON
SETTLEMENT SERVICES, INC. (SSI)
OPERATIONS
2032D Thomasville Road, Tallahassee, FL  32308
Phone: +1 850-523-4907 Email: mpatton@ssiclaims.com

# EXHIBIT B

**Jennifer Kroll**

| | |
|---|---|
| **From:** | Scott Eckstein <scotteckstein@ymail.com> |
| **Sent:** | Wednesday, February 5, 2020 11:19 AM |
| **To:** | claims@ssiclaims.com |
| **Subject:** | Fw: John Scott Eckstein's Claim Form and Consent to Sue |
| **Attachments:** | Swift Document.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

---

**CAUTION:** This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

*Scott Eckstein*
*5755452197*


----- Forwarded Message -----
**From:** Scott Eckstein <scotteckstein@ymail.com>
**To:** claims@ssiclaims.com <claims@ssiclaims.com>
**Sent:** Wednesday, October 16, 2019, 08:47:51 AM MDT
**Subject:** John Scott Eckstein's Claim Form and Consent to Sue

To whom it may concern;

You will find the form attached to this email for Consent to Sue.

I would like to be considered in this Law Suet. I lived in that lease truck for 18 month with no other home.

scotteckstein@ymail.com
*Scott Eckstein*
*5755452197*

## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

**Virginia Van Dusen, et al.**

      **Plaintiffs**                     **No. CV-10-899-PHX-JWS**

**v.**

**Swift Transportation Co., Inc,**
**Interstate Leasing Inc., Jerry Moyes,**
**Chad Killebrew**

      **Defendants**

_____/

### CLAIM FORM AND CONSENT TO SUE

      I leased a truck from Interstate Equipment Leasing, LLC (formerly known as Interstate Equipment Leasing, Inc.) and was treated by Swift Transportation Co. of Arizona, LLC (formerly known as Swift Transportation Co., Inc.) as an owner-operator for some period of time on or before January 1, 2019 and I hereby consent to sue Defendants in this case and to participate in the settlement proposed in this case.

      I understand that by signing this Consent to Sue and Claim Form, if the Settlement is approved by the Judge, then as of the effective date of the Settlement, I am choosing to receive my share of the Settlement Fund and that in exchange for that money I am releasing Swift and related entities from the Released Claims described in the Settlement Agreement.

Dated: _9-19-19_

Signature: _John Scott Eckstein_

Name (printed): _John Scott Eckstein_

Name exactly as it appears on settlement sheets<span style="color:red">Redacted</span> ent): _John S Eckstein_

Last Four Digits of Social Security Number: _____

Address: _____

_Deming  NM 88030_

<span style="color:red">Redacted</span>

Cell Phone: _____

Land Line Phone: _None_

Email: _scotteckstein@ymail.com_

Send this completed form to:

              Settlement Services, Inc.
              Post Office Box 10908
              Tallahassee, FL 32302-2908
              claims@ssiclaims.com

30362

# EXHIBIT C



# EXHIBIT D

**Jennifer Kroll**

| | |
|---|---|
| **From:** | Patton, Mark <Mpatton@ssiclaims.com> |
| **Sent:** | Monday, March 2, 2020 7:54 AM |
| **To:** | Edward Tuddenham; Robert Mussig |
| **Cc:** | John Ellis; Paul Cowie; Dan Getman; Hyte, Robert; Lesley Tse; Jason Kandel; Susan Martin; Jennifer Kroll; Mclane, Christina; Milliner, Tanya |
| **Subject:** | RE: Van Dusen v Swift Transportation Co., Inc. -- Additional Possibly-Timely Claim Form/omitted class members |
| **Attachments:** | Attachments.html |

All,

We have been contacted by Non-Opt-In Class Member Robert Goddard, who at first said that he had submitted his claim form via online.  We informed him that we did not receive it.  He called a second time later that same day and said that he had proof that he had submitted his claim form **via email** (see attached).  We have confirmed that we did not previously receive an email from him, with or without a Claim Form, and that he did not submit a claim through the website.



We will assume that he should <u>not</u> be considered to have submitted a timely Claim Form unless we hear otherwise.

Thanks,
Mark


**MARK PATTON**
**SETTLEMENT SERVICES, INC. (SSI)**
**OPERATIONS**
2032D Thomasville Road, Tallahassee, FL  32308
Phone: +1 850-523-4907 Email: mpatton@ssiclaims.com


**From:** Edward Tuddenham <etudden@prismnet.com>
**Sent:** Monday, February 17, 2020 1:51 PM
**To:** Robert Mussig <RMussig@sheppardmullin.com>
**Cc:** John Ellis <JEllis@sheppardmullin.com>; Patton, Mark <Mpatton@ssiclaims.com>; Paul Cowie

# EXHIBIT E

## Jennifer Kroll

| | |
|---|---|
| **From:** | bob goddard <bb_goddard@yahoo.com> |
| **Sent:** | Wednesday, February 26, 2020 10:36 AM |
| **To:** | claims@ssiclaims.com |
| **Subject:** | Fw: Pics |
| **Attachments:** | 20191214_181326.jpg; 20191214_181449.jpg; 20191214_181548.jpg |

> **CAUTION:** This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "bob goddard" <bb_goddard@yahoo.com>
**To:** "claims@ssiclaims.com" <claims@ssiclaims.com>
**Sent:** Sat, Dec 14, 2019 at 6:41 PM
**Subject:** Fw: Pics

----- Forwarded Message -----
**From:** goddardr122 <goddardr122@gmail.com>
**To:** "bb_goddard@yahoo.com" <bb_goddard@yahoo.com>
**Sent:** Saturday, December 14, 2019, 07:25:42 PM EST
**Subject:** Pics

Claims@ssiclaims.com

Sent from my Samsung Galaxy smartphone.

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Virginia Van Dusen, et al.

    Plaintiffs             No. CV-10-899-PHX-JWS

v.

Swift Transportation Co., Inc,
Interstate Leasing, Inc., Jerry Moyes,
Chad Killebrew

    Defendants

_____/

                                   NOTICE OF CLASS ACTION
                                   AND SETTLEMENT

To:   Robert Goddard

     Temple Terrace, FL 33617-5418

*A Federal Court has authorized this Notice.*
*This is not a solicitation from a lawyer.*

**THIS NOTICE MAY AFFECT YOUR RIGHTS. PLEASE READ IT
CAREFULLY.**

*This Notice Is Being Sent To: All persons who leased one or more trucks from
Interstate Equipment Leasing, LLC and contracted to drive for Swift
Transportation Co. of Arizona, LLC at any time between December 22, 1999 and
January 1, 2019 and who did not previously file a consent to sue form in this case.*

    The purpose of this Notice is to inform you of the existence of the Settlement of
the above lawsuit, the terms of that Settlement that may affect you, and to instruct you on
the procedure for taking part in the Settlement if you wish to receive money from the
Settlement or how to withdraw from or object to the Settlement. Company records
indicate you may be entitled to receive money under the Settlement.

**YOUR ESTIMATED INDIVIDUAL SETTLEMENT AWARD IS $6,124.94**

    **This amount is an estimate only and could be more or less. Please read this
Notice for more information.**

    Please do not telephone the Court or the Court Clerk's office to inquire about this
Settlement or the claim process.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Virginia Van Dusen, et al.

    Plaintiffs               No. CV-10-899-PHX-JWS

  v.

Swift Transportation Co., Inc,
Interstate Leasing Inc., Jerry Moyes,
Chad Killebrew

    Defendants
_____/

### CLAIM FORM AND CONSENT TO SUE

    I leased a truck from Interstate Equipment Leasing, LLC (formerly known as Interstate Equipment Leasing, Inc.) and was treated by Swift Transportation Co. of Arizona, LLC (formerly known as Swift Transportation Co., Inc.) as an owner-operator for some period of time on or before January 1, 2019 and I hereby consent to sue Defendants in this case and to participate in the settlement proposed in this case.

    I understand that by signing this Consent to Sue and Claim Form, if the Settlement is approved by the Judge, then as of the effective date of the Settlement, I am choosing to receive my share of the Settlement Fund and that in exchange for that money I am releasing Swift and related entities from the Released Claims described in the Settlement Agreement.

Dated: 12 - 14 - 19

Signature: _Robert Goddard_

Name (printed): Robert Goddard

Name exactly as it appears on settlement sheets (if different): _____

Last Four Digits of Social Security Number: Redacted

Address: Redacted

    TEMPLE TERRACE FL 33617

Cell Phone: Redacted

Land Line Phone: _____

Email: bb-goddard@yahoo.com

Send this completed form to:

Settlement Services, Inc.
Post Office Box 10908
Tallahassee, FL 32302-2908
claims@ssiclaims.com

7666

# Form W-4 (2019)

**Future developments.** For the latest information about any future developments related to Form W-4, such as legislation enacted after it was published, go to *www.irs.gov/FormW4*.

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** You may claim exemption from withholding for 2019 if *both* of the following apply.

• For 2018 you had a right to a refund of *all* federal income tax withheld because you had **no** tax liability, **and**

• For 2019 you expect a refund of **all** federal income tax withheld because you expect to have **no** tax liability.

If you're exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2019 expires February 17, 2020. See Pub. 505, Tax Withholding and Estimated Tax, to learn more about whether you qualify for exemption from withholding.

## General Instructions

If you aren't exempt, follow the rest of these instructions to determine the number of withholding allowances you should claim for withholding for 2019 and any additional amount of tax to have withheld. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

You can also use the calculator at *www.irs.gov/W4App* to determine your tax withholding more accurately. Consider using this calculator if you have a more complicated tax situation, such as if you have a working spouse, more than one job, or a large amount of nonwage income not subject to withholding outside of your job. After your Form W-4 takes effect, you can also use this calculator to see how the amount of tax you're having withheld compares to your projected total tax for 2019. If you use the calculator, you don't need to complete any of the worksheets for Form W-4.

Note that if you have too much tax withheld, you will receive a refund when you file your tax return. If you have too little tax withheld, you will owe tax when you file your tax return, and you might owe a penalty.

**Filers with multiple jobs or working spouses.** If you have more than one job at a time, or if you're married filing jointly and your spouse is also working, read all of the instructions including the instructions for the Two-Earners/Multiple Jobs Worksheet before beginning.

**Nonwage income.** If you have a large amount of nonwage income not subject to withholding, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you might owe additional tax. Or, you can use the Deductions, Adjustments, and Additional Income Worksheet on page 3 or the calculator at *www.irs.gov/W4App* to make sure you have enough tax withheld from your paycheck. If you have pension or annuity income, see Pub. 505 or use the calculator at *www.irs.gov/W4App* to find out if you should adjust your withholding on Form W-4 or W-4P.

**Nonresident alien.** If you're a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

## Specific Instructions

**Personal Allowances Worksheet**

Complete this worksheet on page 3 first to determine the number of withholding allowances to claim.

**Line C. Head of household please note:** Generally, you may claim head of household filing status on your tax return only if you're unmarried and pay more than 50% of the costs of keeping up a home for yourself and a qualifying individual. See Pub. 501 for more information about filing status.

**Line E. Child tax credit.** When you file your tax return, you may be eligible to claim a child tax credit for each of your eligible children. To qualify, the child must be under age 17 as of December 31, must be your dependent who lives with you for more than half the year, and must have a valid social security number. To learn more about this credit, see Pub. 972, Child Tax Credit. To reduce the tax withheld from your pay by taking this credit into account, follow the instructions on line E of the worksheet. On the worksheet you will be asked about your total income. For this purpose, total income includes all of your wages and other income, including income earned by a spouse if you are filing a joint return.

**Line F. Credit for other dependents.** When you file your tax return, you may be eligible to claim a credit for other dependents for whom a child tax credit can't be claimed, such as a qualifying child who doesn't meet the age or social security number requirement for the child tax credit, or a qualifying relative. To learn more about this credit, see Pub. 972. To reduce the tax withheld from your pay by taking this credit into account, follow the instructions on line F of the worksheet. On the worksheet, you will be asked about your total income. For this purpose, total

---

Separate here and give Form W-4 to your employer. Keep the worksheet(s) for your records.

| Form **W-4** Department of the Treasury Internal Revenue Service | **Employee's Withholding Allowance Certificate** ▶ Whether you're entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS. | | OMB No. 1545-0074 **2019** |
|---|---|---|---|

| 1 | Your first name and middle initial  Robert ~~God~~ J | Last name  Goddard | | ~~social security number~~ Redacted |
|---|---|---|---|---|

| Home address (number and street or rural route)  Redacted | 3 ☑ Single ☐ Married ☐ Married, but withhold at higher Single rate. Note: If married filing separately, check "Married, but withhold at higher Single rate." |

| City or town, state, and ZIP code  Temple Terrace FL 33617 | 4 If your last name differs from that shown on your social security card, check here. You must call 800-772-1213 for a replacement card. ▶ ☐ |

| 5 | Total number of allowances you're claiming (from the applicable worksheet on the following pages) . . . . | 5 | ◇ |
|---|---|---|---|
| 6 | Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . | 6 | $ |
| 7 | I claim exemption from withholding for 2019, and I certify that I meet **both** of the following conditions for exemption. | | |
| | • Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability, **and** | | |
| | • This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability. | | |
| | If you meet both conditions, write "Exempt" here . . . . . . . . . . . . . . ▶ | 7 | |

Under penalties of perjury, I declare that I have examined this certificate and, to the best of my knowledge and belief, it is true, correct, and complete.

**Employee's signature** (This form is not valid unless you sign it.) ▶ Robert Goddard   Date ▶ 12-14-19

| 8 | Employer's name and address (**Employer:** Complete boxes 8 and 10 if sending to IRS and complete boxes 8, 9, and 10 if sending to State Directory of New Hires.) | 9 First date of employment | 10 Employer identification number (EIN) |
|---|---|---|---|

For Privacy Act and Paperwork Reduction Act Notice, see page 4.        Cat. No. 10220Q        Form **W-4** (2019)

# EXHIBIT F





