# EXHIBIT 4

| | |
|---|---|
| **From:** | Teagan Natuli-Aine Winkler |
| **To:** | James Sherwood |
| **Subject:** | Header for Original Claim and Consent |
| **Date:** | Tuesday, April 21, 2020 1:50:38 PM |

```
MIME-Version: 1.0
Date: Thu, 17 Oct 2019 13:50:55 -0700
Message-ID: <CAD69-mG-
_=EO9zRnjmrLLEj8f8SM8eqaVdCcneoW9VpdDHpQkQ@mail.gmail.com>
Subject: Teagan Winkler Claim&Consent
From: Teagan Natuli-Aine Winkler <teagantangent@gmail.com>
To: claims@ssiclaims.com
Content-Type: multipart/mixed; boundary="000000000000d4658a0595215f07"

--000000000000d4658a0595215f07
Content-Type: multipart/alternative; boundary="000000000000d465830595215f05"

--000000000000d465830595215f05
Content-Type: text/plain; charset="UTF-8"

This is my claim and consent form as well as w4

--000000000000d465830595215f05
Content-Type: text/html; charset="UTF-8"

<div dir="auto">This is my claim and consent form as well as w4</div>

--000000000000d465830595215f05--
--000000000000d4658a0595215f07
Content-Type: image/jpeg; name="1017191337a.jpg"
Content-Disposition: attachment; filename="1017191337a.jpg"
Content-Transfer-Encoding: base64
X-Attachment-Id: 16ddb7c4aa9bf0f45c12
Content-ID: <16ddb7c4aa9bf0f45c12>


--000000000000d4658a0595215f07
Content-Type: image/jpeg; name="1017191339.jpg"
Content-Disposition: attachment; filename="1017191339.jpg"
Content-Transfer-Encoding: base64
X-Attachment-Id: 16ddb7c42ebf5ab89681
Content-ID: <16ddb7c42ebf5ab89681>


--000000000000d4658a0595215f07--

--

--

Teagan N. Winkler
```

REDACTED

# EXHIBIT 5

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Virginia Van Dusen, et al.

    Plaintiffs

No. CV-10-899-PHX-JWS

v.

Swift Transportation Co., Inc,
Interstate Leasing Inc., Jerry Moyes,
Chad Killebrew

    Defendants
_____/

## CLAIM FORM AND CONSENT TO SUE

    I leased a truck from Interstate Equipment Leasing, LLC (formerly known as Interstate Equipment Leasing, Inc.) and was treated by Swift Transportation Co. of Arizona, LLC (formerly known as Swift Transportation Co., Inc.) as an owner-operator for some period of time on or before January 1, 2019 and I hereby consent to sue Defendants in this case and to participate in the settlement proposed in this case.

    I understand that by signing this Consent to Sue and Claim Form, if the Settlement is approved by the Judge, then as of the effective date of the Settlement, I am choosing to receive my share of the Settlement Fund and that in exchange for that money I am releasing Swift and related entities from the Released Claims described in the Settlement Agreement.

Dated: 10/16/19

Signature: _[signature]_

Name (printed): Teagan N Winkler

Name exactly as it appears on settlement sheets (if different): _____

Last Four Digits of Social Security Number: 9696

Address: 4005 SE 80th Ave, Apt B
Portland, OR 97206

Cell Phone: (503) 313 7097

Land Line Phone: _____

Email: TeaganTangent@gmail.com

Send this completed form to:

Settlement Services, Inc.
Post Office Box 10908
Tallahassee, FL 32302-2908
claims@ssiclaims.com

29014

# EXHIBIT 6

# Form W-4 (2019)

**Future developments.** For the latest information about any future developments related to Form W-4, such as legislation enacted after it was published, go to www.irs.gov/FormW4.

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** You may claim exemption from withholding for 2019 if **both** of the following apply.

• For 2018 you had a right to a refund of **all** federal income tax withheld because you had **no** tax liability, **and**

• For 2019 you expect a refund of **all** federal income tax withheld because you expect to have **no** tax liability.

If you're exempt, complete **only** lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2019 expires February 17, 2020. See Pub. 505, Tax Withholding and Estimated Tax, to learn more about whether you qualify for exemption from withholding.

## General Instructions

If you aren't exempt, follow the rest of these instructions to determine the number of withholding allowances you should claim for withholding for 2019 and any additional amount of tax to have withheld. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

You can also use the calculator at www.irs.gov/W4App to determine your tax withholding more accurately. Consider using this calculator if you have a more complicated tax situation, such as if you have a working spouse, more than one job, or a large amount of nonwage income not subject to withholding outside of your job. After your Form W-4 takes effect, you can also use this calculator to see how the amount of tax you're having withheld compares to your projected total tax for 2019. If you use the calculator, you don't need to complete any of the worksheets for Form W-4.

Note that if you have too much tax withheld, you will receive a refund when you file your tax return. If you have too little tax withheld, you will owe tax when you file your tax return, and you might owe a penalty.

**Filers with multiple jobs or working spouses.** If you have more than one job at a time, or if you're married filing jointly and your spouse is also working, read all of the instructions including the instructions for the Two-Earners/Multiple Jobs Worksheet before beginning.

**Nonwage income.** If you have a large amount of nonwage income not subject to withholding, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you might owe additional tax. Or, you can use the Deductions, Adjustments, and Additional Income Worksheet on page 3 or the calculator at www.irs.gov/W4App to make sure you have enough tax withheld from your paycheck. If you have pension or annuity income, see Pub. 505 or use the calculator at www.irs.gov/W4App to find out if you should adjust your withholding on Form W-4 or W-4P.

**Nonresident alien.** If you're a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

## Specific Instructions
### Personal Allowances Worksheet

Complete this worksheet on page 3 first to determine the number of withholding allowances to claim.

**Line C. Head of household please note:** Generally, you may claim head of household filing status on your tax return only if you're unmarried and pay more than 50% of the costs of keeping up a home for yourself and a qualifying individual. See Pub. 501 for more information about filing status.

**Line E. Child tax credit.** When you file your tax return, you may be eligible to claim a child tax credit for each of your eligible children. To qualify, the child must be under age 17 as of December 31, must be your dependent who lives with you for more than half the year, and must have a valid social security number. To learn more about this credit, see Pub. 972, Child Tax Credit. To reduce the tax withheld from your pay by taking this credit into account, follow the instructions on line E of the worksheet. On the worksheet you will be asked about your total income. For this purpose, total income includes all of your wages and other income, including income earned by a spouse if you are filing a joint return.

**Line F. Credit for other dependents.** When you file your tax return, you may be eligible to claim a credit for other dependents for whom a child tax credit can't be claimed, such as a qualifying child who doesn't meet the age or social security number requirement for the child tax credit, or a qualifying relative. To learn more about this credit, see Pub. 972. To reduce the tax withheld from your pay by taking this credit into account, follow the instructions on line F of the worksheet. On the worksheet, you will be asked about your total income. For this purpose, total

---

Separate here and give Form W-4 to your employer. Keep the worksheet(s) for your records.

---

**Form W-4**
Department of the Treasury
Internal Revenue Service

## Employee's Withholding Allowance Certificate

▶ Whether you're entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.

OMB No. 1545-0074

**2019**

| 1 Your first name and middle initial | Last name | 2 Your social security number |
|---|---|---|
| Teagan N | Winkler | 377 13 9696 |

Home address (number and street or rural route): 4005 SE 80th Ave, Apt 8

3 ☒ Single ☐ Married ☐ Married, but withhold at higher Single rate.
Note: If married filing separately, check "Married, but withhold at higher Single rate."

City or town, state, and ZIP code: Portland, OR 97206

4 If your last name differs from that shown on your social security card, check here. You must call 800-772-1213 for a replacement card. ▶ ☐

5 Total number of allowances you're claiming (from the applicable worksheet on the following pages) . . . . . **5** 1

6 Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . . . . . . **6** $ 0

7 I claim exemption from withholding for 2019, and I certify that I meet **both** of the following conditions for exemption.
 • Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability, **and**
 • This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability.
If you meet both conditions, write "Exempt" here . . . . . . . . . . . . . . . . . . . ▶ **7**

Under penalties of perjury, I declare that I have examined this certificate and, to the best of my knowledge and belief, it is true, correct, and complete.

Employee's signature
(This form is not valid unless you sign it.) ▶ *Teagan* Date ▶ 10/10/19

| 8 Employer's name and address (Employer: Complete boxes 8 and 10 if sending to IRS and complete boxes 8, 9, and 10 if sending to State Directory of New Hires.) | 9 First date of employment | 10 Employer identification number (EIN) |
|---|---|---|

For Privacy Act and Paperwork Reduction Act Notice, see page 4. Cat. No. 10220Q Form **W-4** (2019)

# EXHIBIT 7

Filename - 1017191337a.jpg
ImageWidth - 264241152
Model - LM-G820
ImageLength - 198180864
Orientation - Bottom right
DateTime - 2019:10:17 13:37:41
YCbCrPositioning - Centered
ExifOffset - 202
ResolutionUnit - Inch
XResolution - 72
YResolution - 72
Make - LGE
ISOSpeedRatings - 50
ExposureProgram - Normal program
FNumber - 1.50
ExposureTime - 1/60 seconds
SensingMethod - Not defined
SubsecTimeDigitized - 402694
SubsecTimeOriginal - 402694
SubsecTime - 402694
FocalLength - 4.23 mm
Flash - Flash not fired, compulsory flash mode
LightSource - D55
MeteringMode - Center weighted average
SceneCaptureType - 20 (other)
InteroperabilityOffset - 705
FocalLengthIn35mmFilm - 25 mm
MaxApertureValue - F 1.49
DateTimeDigitized - 2019:10:17 13:37:41
ExposureBiasValue - 0.00
ExifImageHeight - 3024
White Balance - Auto
DateTimeOriginal - 2019:10:17 13:37:41
BrightnessValue - 2.64
ExifImageWidth - 4032
ExposureMode - Auto
ApertureValue - F 1.49
ComponentsConfiguration - YCbCr
ColorSpace - sRGB
SceneType - Other
ShutterSpeedValue - 1/60 seconds
ExifVersion - 0220
FlashPixVersion - 0100

GPS information: -
GPSLatitudeRef - N
GPSLatitude - 45  24  34.995499 (45.409721)
GPSLongitudeRef - W

GPSLongitude - 122  34  0.8327 (122.566898)
GPSAltitudeRef - Sea level
GPSAltitude - 25.77 m
GPSTimeStamp - 20  37  40
GPSDateStamp - 2019:10:17

Thumbnail: -
JpegIFOffset - 1082
Orientation - Bottom right
JpegIFByteCount - 14238
Compression - 6 (JPG)
ResolutionUnit - Inch
XResolution - 72
YResolution - 72
ExifImageHeight - 240
ExifImageWidth - 320

# EXHIBIT 8

Filename - 1017191339.jpg
ImageWidth - 264241152
Model - LM-G820
ImageLength - 198180864
Orientation - Bottom right
DateTime - 2019:10:17 13:39:43
YCbCrPositioning - Centered
ExifOffset - 202
ResolutionUnit - Inch
XResolution - 72
YResolution - 72
Make - LGE
ISOSpeedRatings - 50
ExposureProgram - Normal program
FNumber - 1.50
ExposureTime - 1/60 seconds
SensingMethod - Not defined
SubsecTimeDigitized - 077004
SubsecTimeOriginal - 077004
SubsecTime - 077004
FocalLength - 4.23 mm
Flash - Flash not fired, compulsory flash mode
LightSource - D55
MeteringMode - Center weighted average
SceneCaptureType - 20 (other)
InteroperabilityOffset - 705
FocalLengthIn35mmFilm - 25 mm
MaxApertureValue - F 1.49
DateTimeDigitized - 2019:10:17 13:39:43
ExposureBiasValue - 0.00
ExifImageHeight - 3024
White Balance - Auto
DateTimeOriginal - 2019:10:17 13:39:43
BrightnessValue - 2.71
ExifImageWidth - 4032
ExposureMode - Auto
ApertureValue - F 1.49
ComponentsConfiguration - YCbCr
ColorSpace - sRGB
SceneType - Other
ShutterSpeedValue - 1/60 seconds
ExifVersion - 0220
FlashPixVersion - 0100

GPS information: -
GPSLatitudeRef - N
GPSLatitude - 45  24  34.970402 (45.409714)
GPSLongitudeRef - W

GPSLongitude - 122  34  0.8832 (122.566912)
GPSAltitudeRef - Sea level
GPSAltitude - 44.64 m
GPSTimeStamp - 20  39  43
GPSDateStamp - 2019:10:17

Thumbnail: -
JpegIFOffset - 1082
Orientation - Bottom right
JpegIFByteCount - 20512
Compression - 6 (JPG)
ResolutionUnit - Inch
XResolution - 72
YResolution - 72
ExifImageHeight - 240
ExifImageWidth - 320